IN THE UNITED STATES BANKRUPTCY COURT
Western District of Michigan

**In the Matter of:** }
Shawn M. Cross } Case No: 10-01992
Rebecca L. Cross } Chapter 13
**Debtor(s)** }

### AMENDED ORDER TO PAY TRUSTEE

The above-named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with the statute;

**IT IS ORDERED** that until further order of this Court, **Cincom Systems, Inc., 55 Merchant St. Cincinnati, OH 45245, Fax 513-612-2200**, deduct from the Debtor's income the sum of **$1121.33** each semi-monthly pay period beginning on the next day following receipt of this Order and deduct the same each semi-monthly pay period thereafter, including any period from which the debtor receives periodic or lump-sum payment as a result of vacation, termination, or other benefits payable to the debtor and to remit the sums to:

**BARBARA A. FOLEY
CHAPTER 13 TRUSTEE
P.O. BOX 1818
MEMPHIS, TN 38101-1818**

**IT IS FURTHER ORDERED:**

A. That the entity from which the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason for said termination.

B. That all earnings of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid in accordance with usual payment procedure.

C. **THAT NO DEDUCTIONS FOR ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR.**

D. That this Order supersedes previous orders made to the subject entity in this cause.

E. That a copy of the Order be served upon the debtor, debtor's attorney, debtor's employer and the Trustee.

APPROVED on _____, 2014:

/s/ BFoley KS
Barbara P. Foley, Trustee 5/20/14

End of Order